T

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA SANCHEZ HOLIWELL,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDY CHARLES HIGGINS et al.,<br><br>                Defendants. | No. 2:24-cv-00720-RSL<br><br>ORDER GRANTING STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS WASHINGTON ASSOCIATION OF BUILDING OFFICIALS AND TARA JENKINS<br><br>[CLERK'S ACTION REQUIRED] |

**ORDER**

The Court being fully informed, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Brian K. Keeley and Jaime M. Heimerl of Jackson Lewis P.C. are hereby substituted as counsel of record for defendant Washington Association of Building Officials and defendant Tara Jenkins in the above-entitled action, and Michael W. Mayberry of Owens Davies PS are permitted to withdraw as counsel of record for the same for all purposes in the above-captioned proceedings.

DATED this  6th  day of   November  , 2024.

_____
Robert S. Lasnik United States
District Court Judge

ORDER GRANTING STIPULATED WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANTS
WASHINGTON ASSOCIATION OF BUILDING OFFICIALS
AND TARA JENKINS - 1
(Case No. 2:24-cv-00720-RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404