UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICIA SANCHEZ HOLIWELL,

                Plaintiff,

     v.

ANDY CHARLES HIGGINS, *et al.*,

                Defendants.

Case No. C24-720RSL

ORDER TO SHOW CAUSE

        On September 24, 2024, the Court issued an order requiring the parties to file a Joint Status Report by October 22, 2024, Dkt. # 20. On October 22, 2024, the Court issued a Minute Order extending the deadline to file the Joint Status Report to November 12, 2024, Dkt. # 34. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Monday, December 2, 2024, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of September 24, 2024. The Clerk is directed to place this Order to Show Cause on the Court's calendar for December 3, 2024.

        DATED this 14th day of November, 2024.

                                            Robert S. Lasnik
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                                -2-