UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA SANCHEZ HOLIWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDY CHARLES HIGGINS, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-00720-RSL<br><br>ORDER STRIKING DKT. # 87 |

　　This matter comes before the Court on plaintiff's "Amended Employment Discrimination and Retaliation Complaint – Exhibit 83." Dkt. # 87. This is the sixth iteration of plaintiff's claims. *See* Dkt. # 1-1, 4, 7, 9, 12. Although only the first two versions of the complaint were authorized by the Federal Rules of Civil Procedure, *see* Rule 15(a)(1), defendants have responded to Dkt. # 12 by answer and/or motions, and the Court adopts that as the operative pleading.

　　Plaintiff cannot unilaterally change the nature of her claims or add/delete defendants as this case progresses. Not only is such a procedure barred by the rules of procedure, but it would be inimical to the orderly administration of justice. Dkt. # 87 is therefore STRICKEN. Pursuant to Rule 15(a)(1), any subsequent amendments must be

ORDER STRIKING DKT. # 87 - 1

accomplished by filing a motion requesting leave to amend or by obtaining the agreement of all defendants.

Dated this 3rd day of February, 2025.

Robert S. Lasnik
United States District Judge

ORDER STRIKING DKT. # 87 - 2