UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA SANCHEZ HOLIWELL,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CHARLES HIGGINS, *et al.*,<br><br>Defendants. | CASE NO. 2:24-cv-00720-RSL<br><br>ORDER GRANTING WASHINGTON ASSOCIATION OF BUILDING OFFICIALS AND TARA JENKINS' MOTION TO DISMISS |

This matter comes before the Court on "Defendants Washington Association of Building Officials And Tara Jenkins' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(6) For Failure to State A Claim Upon Which Relief Can Be Granted." Dkt. # 48. The moving defendants seek dismissal of all of the claims asserted against them, identifying essential elements of plaintiff's claims that have not been adequately alleged in the complaint[1] and/or claims that are barred by the applicable statute of limitations. The motion is unopposed.

---

[1] The Court and defendants have treated the fourth amended complaint, Dkt. # 12, as the operative pleading in this matter.

ORDER GRANTING WASHINGTON ASSOCIATION OF
BUILDING OFFICIALS AND TARA JENKINS' MOTION
TO DISMISS - 1

Having reviewed plaintiff's fourth amended complaint and the remainder of the record, the Court finds that plaintiff has failed to allege facts giving rise to a plausible inference that Washington Association of Building Officials or Tara Jenkins could be held liable in this litigation. The motion to dismiss is therefore GRANTED.

Dated this 25th day of February, 2025.

Robert S. Lasnik
United States District Judge

ORDER GRANTING WASHINGTON ASSOCIATION OF
BUILDING OFFICIALS AND TARA JENKINS' MOTION
TO DISMISS - 2