UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA SANCHEZ HOLIWELL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDY CHARLES HIGGINS, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-cv-00720-RSL<br><br>ORDER DISMISSING CLAIMS AGAINST CITY-AFFILIATED INDIVIDUAL DEFENDANTS |

　　　This matter comes before the Court on "Defendant City of Seattle's and Related City Defendants' Second Motion to Dismiss Pursuant to FRCP 4(m) and 12(b)(5)." Dkt. # 93. The City of Seattle[1] and affiliated individual defendants[2] seek dismissal of all claims asserted against them for failure to serve the summons and complaint within the time allowed by prior Court order. *See* Dkt. # 66. Plaintiff has now filed proof of service on the

---

[1] As used in this Order, "the City of Seattle" includes the City of Seattle, the Mayor's Office, the City Attorney's Office, the Seattle Department of Construction and Inspection, the Seattle Ethics and Elections Commission, the Seattle Civil Service Commission, the Seattle Office of Civil Rights, the Human Resources Investigative Unit, the Seattle Employment Retirement Services, the Seattle Department of Human Resources, and the Seattle Customer Service Bureau.

[2] As used in this Order, "affiliated individual defendants" means Andy Charles Higgins, Andy Lunde, Al Lunde, Steve Burns, Ede Courtenay, Mike Peli, Danielle Priest, Stephanie Tate, Linda Elwood, Stacie Bonathan, Amy Donlan, Rebecca Scheffer, Brandon Kuykendall, Marc Mayo, Wayne Barnett, Andrea Scheele, Larry Lunde, Jeffrey S. Davis, Tim Rasmussen, Sam Steele, Scott Lau, Bex Randel, Shelbe Kukowski, Peter Fuerbringer, Bruce Harrold, Mike Chin, Kristin Hawes, Derrick Wheeler-Smith, Nathan Torgelson, and Patrick Foss.

ORDER DISMISSING CLAIMS AGAINST CITY-
AFFILIATED INDIVIDUAL DEFENDANTS - 1

City of Seattle. Dkt. # 96. Although service was not timely, it has been accomplished, and the Court will exercise jurisdiction over the City of Seattle and the municipal departments, offices, agencies, boards, and commissions listed in footnote 1 of this Order.

There is no indication that the affiliated individual defendants have been served, however. The claims asserted against Andy Charles Higgins, Andy Lunde, Al Lunde, Steve Burns, Ede Courtenay, Mike Peli, Danielle Priest, Stephanie Tate, Linda Elwood, Stacie Bonathan, Amy Donlan, Rebecca Scheffer, Brandon Kuykendall, Marc Mayo, Wayne Barnett, Andrea Scheele, Larry Lunde, Jeffrey S. Davis, Tim Rasmussen, Sam Steele, Scott Lau, Bex Randel, Shelbe Kukowski, Peter Fuerbringer, Bruce Harrold, Mike Chin, Kristin Hawes, Derrick Wheeler-Smith, Nathan Torgelson, and Patrick Foss are therefore DISMISSED.

Dated this 19th day of March, 2025.

Robert S. Lasnik
United States District Judge