UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICIAN SANCHEZ HOLIWELL,

             Plaintiff,

     v.

CITY OF SEATTLE,

             Defendant.

CASE NO. 2:24-cv-00720-RSL

ORDER REGARDING PACER ACCESS

This matter comes before the Court on plaintiff's "Motion to Waive Pacer Fees and Restore Pacer Search Access." Dkt. 237. The Court finds that plaintiff is indigent and that waiving pacer fees for the above-captioned matter going forward is appropriate under the Judicial Conference's Electronic Public Access Fee Schedule (https://www.uscourts.gov/court-programs/fees/electronic-public-access-fee-schedule). The motion is therefore GRANTED in part.

Despite having an outstanding balance on her Pacer account, plaintiff retains the ability to electronically file in this case. In addition, plaintiff receives one free electronic copy of all documents filed via a notice of electronic filing ("NEF") or notice of docket activity. Plaintiff is encouraged to download and save these "free look" copies for future use. As a courtesy, court staff has also contacted plaintiff with an offer to re-generate past NEFs to ensure that she has a complete record in this matter. These steps provide adequate and meaningful access to the courts in this situation.

ORDER REGARDING PACER ACCESS - 1

Unfortunately, neither the undersigned nor this district control the Pacer system or have authority to waive an outstanding balance that has already been incurred. To the extent unpaid user fees prevent plaintiff from conducting research on Pacer, the Court cannot fix the problem but will inquire with Pacer regarding options for unfreezing plaintiff's account.

Dated this 21st day of January, 2026.

Robert S. Lasnik
United States District Judge

ORDER REGARDING PACER ACCESS - 2